UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

JANICE GARDNER, et al.,

                  Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

                  Defendants.

------------------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 28 2019 ★

BROOKLYN OFFICE

<u>ORDER</u>

16-cv-6476 (NG) (ST)

GERSHON, United States District Judge:

On May 29, 2019, Magistrate Judge Steven L. Tiscione issued a Sua Sponte Report and Recommendation recommending that the claims of Plaintiffs Kenshawn Felton and L.J., a minor represented in these proceedings by her guardian Pamela Smith, be dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiffs' counsel served the Report and Recommendation on Mr. Felton and L.J. on June 3, 2019, and their objections were therefore due by June 17, 2019. No objections were filed.

I have reviewed the Report and Recommendation for clear error and, finding none, I adopt it in its entirety. The claims brought by plaintiffs Kenshawn Felton and L.J. are dismissed with prejudice.

**SO ORDERED.**

Dated: June 27, 2019
        Brooklyn, New York

/s/ *Nina Gershon*
**NINA GERSHON**
**United States District Judge**